**UNITED STATES BANKRUPTCY COURT**
Southern District of Alabama

Bankruptcy Proceeding No.: 19–13394
Chapter: 13
Judge: HENRY A. CALLAWAY

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Jason Hawkes
 aka Jason Aaron Hawkes, aka Jason A
 Hawkes
 304 Chase Drive
 Saraland, AL 36571

### *NOTICE OF HEARING*

A hearing will be held in Judge Callaway's Courtroom 2 West, 113 St. Joseph Street, Mobile, AL 36602 on:

Date: 3/9/22

Time: 08:30 AM

Matter: Motion to Approve Compromise/Settlement Under Rule 9019

Settlement terms: $5,681.28 from homeowner's insurance policy for needed repairs on Debtor's home.

If you are represented, please contact your lawyer before the hearing date to:
1. find out whether you should attend, and
2. confirm that the matter has not been resolved or moved to another date.

You must present a valid ID to enter the courthouse. Members of the public are not allowed to bring in weapons of any kind, including pocket knives. Parking information can be found on the court website at www.alsb.uscourts.gov under "court information."

Dated: 2/22/22

*Andrea D. Redman*
**CLERK, U.S. BANKRUPTCY COURT**

BY ANTOINETTE BROOKS
DEPUTY CLERK

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

## IMPORTANT NOTICE

Because of the COVID−19 pandemic, the U.S. Bankruptcy Court for the Southern District of Alabama is conducting all hearings through March 4, 2022, by telephone. However, the court plans to start having in−court dockets and hearings beginning the week of March 7, 2022. This decision is subject to change if there is another COVID−19 resurgence. Pursuant to the order of Chief U.S. District Judge, all persons entering the courthouse must wear a mask. 341 meetings of creditors will remain telephonic for the time being.

Prior to your scheduled hearing, please contact your lawyer or review the instructions on the court's website at www.alsb.uscourts.gov to find out if the court is conducting your hearing in person. If applicable, the website will also have the telephone number to call for a telephonic hearing. If you have any questions, call the clerk's office at (251) 441−5391.